IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LIONEL MOHAMED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-3165-JAR |
| | ) |
| T. TATTUM, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter comes before the court upon plaintiff's motion (Doc. 18) styled "Plaintiff's Petition for Temporary Stay of All Proceedings Until Plaintiff Has Been Relocated/Moved." Plaintiff filed this motion on June 21, 2005, seeking to have this matter stayed pending his relocation to another federal facility, which was unknown to him at that time, as a result of his then imminent transfer from U.S.P. Leavenworth.

On June 27, 2005, defendant filed a response in opposition to plaintiff's motion (Doc. 19), contending that a stay of proceedings is unnecessary and committing to locate plaintiff and provide him with copies of any filings made during his transfer.

On July 5, 2005, plaintiff filed a notice of change of address (Doc. 20), in which he states, "Plaintiff respectfully request[s] that all Court Proceedings be continued; and all related documents be sent to Plaintiff at his new address listed above and within." The court construes plaintiff's request in this change of address document to be an abandonment of his earlier request for a stay of proceedings. Additionally, as plaintiff has now provided the court with a new address, the reason supporting his earlier request for stay is now moot. Accordingly, the court hereby finds plaintiff's motion to stay (Doc. 18) to be moot and denies it on that basis.

**IT IS SO ORDERED**

Dated this 7th day of July, 2005, at Topeka, Kansas.

                                                s/K. Gary Sebelius
                                                K. Gary Sebelius
                                                United States Magistrate Judge